OPINION — AG — **** ASSESSMENT OF PERSONAL PROPERTY TAX ON MOBILE HOMES AND TRAVEL TRIALERS NOT AUTHORIZED AFTER FEBRUARY 23, 1970 **** ASSESSMENTS BY THE COUNTY ASSESSOR OF PERSONAL PROPERTY TAX ON MOBILE HOMES AND TRAVEL TRAILERS CANNOT BE MADE AFTER FEBRUARY 23, 1970 CITE: 47 O.S. 1961 22.5 [47-22.5](D), 47 O.S. 1961 22.5 [47-22.5](M) (PAUL C. DUNCAN)